**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

KEIRON W. BRYANT,

        Petitioner,

v.                                     Civil Action No. 3:26cv542

UNKNOWN,

        Respondent.

**MEMORANDUM OPINION**

Petitioner, a Virginia prisoner proceeding *pro se*, submitted a letter asking the Court to provide him advice about challenging his criminal conviction in the state courts. (ECF No. 1.) By Memorandum Order entered on June 25, 2026, the Court explained that it could not provide legal advice. (ECF No. 1, at 1.) However, given the content of this document, the Court found it was appropriate to give Petitioner the opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008).

In the June 25, 2026 Memorandum Order, the Court directed Petitioner, within twenty (20) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition if he wished to file a petition for a writ of habeas corpus. The Court warned Petitioner that the failure to comply with the terms of the June 25, 2026 Memorandum Order would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than twenty (20) days have elapsed, and Petitioner has not completed and returned the § 2254 form or otherwise filed a response. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. A certificate of appealability will be DENIED.

An appropriate Order shall issue.

Date: 7/30/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge